No. 9806. JOE RIVERA, Plaintiff and Respondent, *v.* JULIUS VANINA and ALDO VANINA, Defendants and Appellants.

318 Pac. (2d) 1095.

Decided December 12, 1957.

*P. E. Geagan and William N. Geagan,* Butte, for Appellant.

*Howard A. Johnson and Keith P. Johnson,* Butte, for Respondent.

Per Curiam.

On stipulation of counsel for the respective parties in the above-entitled appeal, it is ordered that this appeal be and it is dismissed.

No. 9861. In the Matter of the ESTATE of LEONORA P. BOWER, Deceased. MARIE BOWER CLARK, Plaintiff, Contestant & Appellant, *v.* J. EDWARD BOWER and UNION BANK & TRUST COMPANY, et al., Defendants, Contestees & Respondents.

318 Pac. (2d) 1095.

Decided December 13, 1957.

*Wellington D. Rankin and Arthur P. Acher,* Helena, for Appellant.

*Gunn, Rash & Gunn, Loble & Picotte,* Helena, for Respondent.

MR. CHIEF JUSTICE HARRISON:

On application and praecipe of counsel for appellant in the above entitled cause,

It is hereby ordered that the appeal herein from the order denying a motion for a change of venue in the above entitled cause be and it is dismissed.